WALENTY KWIATKOWSKI, Respondent, v. WILLIAM J. CONNERS and Others, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.